IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER A. FESTA,

    Plaintiff,

v.                                         Case No. 3:08cv140/LAC

SANTA ROSA COUNTY, FLORIDA
SANTA ROSA COUNTY SHERIFF'S
OFFICE, ADAM TEICHNER AND
DOUGLAS BURGETT,

    Defendants.
_____/

**O R D E R**

This Cause is before the Court on a Renewed Motion for Final Summary Judgment (Doc. 79) filed by Defendants Santa Rosa County, Florida, and Santa Rosa County Sheriff's Office has filed.[1] No response has been filed.

This renewed summary judgment motion follows an Order of Remand from the Eleventh Circuit Court of Appeals which reversed this Court's earlier ruling on summary judgment. In accordance with the Eleventh Circuit opinion, this Court's March 22, 2010, Order denying Summary Judgment will be reversed, and summary judgment will be granted to Defendants Adam Teichner and Douglas Burgett.

Pursuant to the motion, summary judgment is also due to be granted to the County and the Sheriff's Office as well. As Defendants assert, the Eleventh Circuit's holding, that Defendant Officers Teichner and Burgett were entitled to qualified immunity from Plaintiff's section 1983

---

[1] The Renewed Motion is identified as being filed by Sheriff Wendall Hall in his official capacity on behalf of the named entities.

claims based on a finding of probable cause for Plaintiff's arrest and detention, fairly precludes any finding against the Sheriff's Office or the County based on supervisory theories of liability. Plaintiff's remaining count of false arrest or false imprisonment under state law, though of doubtful foundation because of the same probable cause finding, *see, e.g., Smedley v. Tripp*, 2010 WL 5600133 (M.D. Ala. December 10, 2010); *Fernander v. Bonis*, 947 So.2d 584 (Fla. 4th DCA 2007), is nevertheless dismissed because the Court should decline to exercise supplemental jurisdiction over state law claims in the absence of viable federal claims or in the event of their summary dismissal. *See Mergens v. Dreyfoos*, 166 F.3d 1114, 1119 (11th Cir. 1999).

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court's March 22, 2010, Order denying Summary Judgment is **REVERSED** and is now **GRANTED**.

2. Defendants' Renewed Motion for Final Summary Judgment (Doc. 79) is **GRANTED**.

3. Consistent with this order, the Clerk of Court is directed to enter summary judgment in favor of all Defendants. Plaintiff shall take nothing further by this action and goes without day. The Clerk is directed to close the case.

**ORDERED** on this 14th day of April, 2011.

s/ *L.A. Collier*<br>
Lacey A. Collier<br>
Senior United States District Judge